KING *v.* BLACK DIAMOND COAL COMPANY.

*Simmons, C. J.*—The verdict as corrected by writing off the excessive interest was fully warranted by the evidence, and is in accord with the justice of the case.    There was no error requiring the granting of a new trial.    *Judgment affirmed.*
May 19, 1896. Argued at the last term.

Complaint on account.    Before Judge Harris.    City court of Floyd county.    December term, 1894.

*Fouche & Fouche,* for plaintiff in error.    *McCutchen & Shumate* and *Hoskinson & Harris,* contra.

---

JONES *v.* ROME GROCERY COMPANY.

*Simmons, C. J.*—There was no error in overruling the motion to continue, and the verdict was clearly right both upon the law and the facts.                    *Judgment affirmed.*
May 19, 1896. Argued at the last term.

Levy and claim.    Before Judge Turnbull.    Floyd superior court.    January term, 1895.

*Hal Wright,* for plaintiff in error.
*J. E. Dean* and *A. G. Ewing,* contra.